**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTIN E. HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil No. 14-961-MBC** |
| | ) | |
| **JEFFREY RICE, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

AND NOW this 10th day of March, 2015, the Court having been advised that the above captioned case has been settled and that the only matter remaining to be completed is the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action required by the court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered.

Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE